**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7969**

---

LAWRENCE E. GRIFFIN,

Plaintiff - Appellant,

versus

MARK WARNER, Governor; ROBERT C. SCOTT, Congressman; OFFICE OF THE ATTORNEY GENERAL; CIRCUIT COURT OF THE CITY OF ALEXANDRIA, VIRGINIA; COMMONWEALTH OF VIRGINIA; N. L. CONNOR, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-03-515)

---

Submitted: April 29, 2004                Decided: May 4, 2004

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Lawrence E. Griffin, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence E. Griffin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Griffin v. Warner, No. CA-03-515 (E.D. Va. Dec. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED